# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                      **Crim. Action Nos.: 1:18CR57**
                                               **1:19CR58**
                                               **(Judge Kleeh)**

**RICHARD WILKINSON,**

    **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS CONCERNING PLEA OF GUILTY IN FELONY CASES, ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

On September 19, 2019, the Defendant, Richard Wilkinson ("Wilkinson"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Count One of the Indictment in case number 1:18-CR-57 and Count One of the Information in case number 1:19-CR-58. Wilkinson stated that he understood that the magistrate judge is not a United States District Judge, and Wilkinson consented to pleading before the magistrate judge. This Court referred Defendant's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS
CONCERNING PLEA OF GUILTY IN FELONY CASES,
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Based upon Wilkinson's statements during the plea hearing and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Wilkinson was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") in both cases [Dkt. No. 37 in 1:18-CR-57 and Dkt. No. 12 in 1:19-CR-58], finding a factual basis for the pleas and recommending that this Court accept Wilkinson's plea of guilty to Count One of the Indictment and Count One of the Information.

The magistrate judge also directed the parties to file any written objections to the R&Rs within fourteen (14) days after service of the R&Rs. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&Rs. Neither the Defendant nor the Government filed objections to the R&Rs.

Accordingly, this Court **ADOPTS** the magistrate judge's R&Rs [Dkt. No. 37 in 1:18-CR-57 and Dkt. No. 12 in 1:19-CR-58], provisionally **ACCEPTS** Defendant Wilkinson's guilty plea, and

**USA V. WILKINSON**                                                          **1:18CR57, 1:19CR58**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS CONCERNING PLEA OF GUILTY IN FELONY CASES, ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

**ADJUDGES** him **GUILTY** of the crimes charged in Count One of the Indictment and Count One of the Information.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Wilkinson and prepare a presentence investigation report for the Court;

2. The Government and Wilkinson shall each provide their narrative descriptions of the offense to the Probation Officer by **October 14, 2019**;

3. The presentence investigation report shall be disclosed to Wilkinson, counsel for Defendant, and the Government on or before **December 13, 2019**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence investigation report on or before **December 27, 2019**;

USA V. WILKINSON                                   1:18CR57, 1:19CR58

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS
CONCERNING PLEA OF GUILTY IN FELONY CASES,
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

5. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **January 6, 2020;** and

6. Counsel may file any written sentencing memorandum or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **January 13, 2020.**

The magistrate judge released Wilkinson on the terms of the *Order Setting Conditions of Release* [Dkt. No. 9] filed in case number 1:18-CR-57 on March 19, 2019. Said conditions are incorporated therein for case number 1:19-CR-58.

The Court will conduct the **Sentencing Hearing** for Defendant on **Thursday, February 13, 2020,** at **10:00 A.M.**, at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: October 7, 2019

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE